Revised 7/2/2025

# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT  ☐ SUPERSEDING Case Number: _____
☑ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA v. CHRISTOPHER KYLE DUKE

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

Immigration Case
☐ Defendant is being added to existing criminal case  ☐ Zone A  ☐ Zone B  ☐ 11(c)(1)(C)
☐ Charges/Counts Added

Name of Assigned AUSA: David P. Lewen, Jr.

Matter Sealed:  ☐ YES  ☑ NO    Place of Offense: Blount Co.

☐ Interpreter Required  Language: _____

Issue:  ☐ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

Arresting Agency:  ☐ DEA  ☐ ATF  ☐ USMS  ☐ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed  Case Number: _____
☐ Defendant on Supervised Release  Case Number: _____

Related Case/Attorney:

Case Number _____  Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): Scott A. Lanzon

☐ Federal Defender  ☐ CJA  ☑ Retained

Appointed by Target Letter  Case Number: _____
Appointed in Pending Indictment  Case Number: _____

CHARGES: Total # of Counts for this Defendant  1

| Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|
| 49 U.S.C. 60123(b) | Damaging or Destroying Gas Pipeline Facility | Y | 1 | |
| | | | | |
| | | | | |

(Attach additional page, if needed)

Attorney Signature _____[signature]_____