UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 4

**Case #:** 3:25-CR-125     **Date:** December 3, 2025

United States of America   vs.   Christopher Kyle Duke

**Present before:** Honorable Jill E. McCook, United States Magistrate Judge

| Marian Billingsley | Kara Nagorny | |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| David P. Lewen | Scott Lanzon | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal information.

- [✓] Defendant sworn.
- [ ] Defendant requested appointment of counsel and submitted financial affidavit.
- [ ] Court approved financial affidavit and appointed counsel
- [✓] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
  - [✓] Defendant waived and reserved the right to a detention hearing.
  - [ ] Defendant requested detention hearing.
    - [ ] Detention hearing set.   [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant entered plea to information:
  - [ ] Not guilty plea entered.   [ ] Guilty plea entered.
- [✓] Defendant reserved entry of plea pending hearing to be held before the District Judge.
- [ ] Case under seal as to defendant(s):
  - [ ] Unsealed upon granting of motion by AUSA.   [ ] To remain under seal.

**Dates set at this hearing:**

- [ ] **Detention Hearing:**
- [ ] **Other Hearing:**

[✓] Defendant remanded to custody.   [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 1:43   to   1:53

(●) I, Marian Billingsley, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ _ _