# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**CHRISTOPHER KYLE DUKE**<br><br>*Defendant* | )<br>)  Case No. 3:25-CR-125<br>)<br>)<br>)<br>) |

2025 DEC -5 PM 3:25
US DISTRICT COURT
EASTERN DIST TENN
FILED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER KYLE DUKE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☑ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Damaging or Destroying Gas Pipeline Facility. 49 U.S.C. 60123(b)

Date: November 14, 2025

*Issuing officer's signature*

City and state: Knoxville, Tennessee

LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 12-3-2025 , and the person was arrested on *(date)* 12-3-2025
at *(city and state)* _____.

Date: 12-3-2025

*Arresting officer's signature*

G. Palomo    DUSM
*Printed name and title*